# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BRANDON LEMAR MCINTYRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2376

_____

May 8, 2024

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Paul Domenic Petruzzi and Beatriz D. Vazquez of Law Offices of Paul Petruzzi, P.A., Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.